# United States District Court

## WESTERN DISTRICT OF NEW YORK

Joanne Allan

v.

NCO Financial Systems, Inc.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 08-CV-173

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff in the amount of $1,500. plus reasonable attorney's fees.

Date: June 13, 2008

RODNEY C. EARLY, CLERK

FILED 2008 JUN 17 PM 3:47 U.S. DISTRICT COURT W.D.N.Y. - BUFFALO